**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DOUGLASS EARL HOWARD, JR.,     :   No. 136 MAL 2022

           Petitioner     :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

           v.                       :

                                     :

FIRST NATIONAL BANK,          :

                        :

           Respondent     :

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.